IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:05CR157 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JOSE LUIS JIMENEZ-JIMENEZ ) | |
| ) | |
| Defendant. ) | |

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED:**

Michael D. Nelson is appointed to represent the above named defendant in this matter and shall forthwith file a written appearance in this matter.

**IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. §3006A(f).  At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Michael D. Nelson .

DATED this 29TH day of April, 2005.

BY THE COURT:


s/ Thomas D. Thalken
United States Magistrate Judge