IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR157 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE LUIS JIMENEZ-JIMENEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for Rule 35 hearing (Filing No. 54). The request for a hearing on said motion will be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion for Rule 35 hearing is granted; the hearing is scheduled for:

**Thursday, October 26, 2006, at 8:45 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendant need not be present.

2) Mike Nelson, previously appointed pursuant to the Criminal Justice Act, is reappointed to represent defendant for

purposes of the Rule 35 motion, and the Federal Public Defender shall provide CJA counsel with a new voucher.

DATED this 15th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court