IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR157 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE LUIS JIMENEZ-JIMENEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED the hearing on plaintiff's motion for Rule 35 is rescheduled for:

**Tuesday, October 31, 2006, at 11 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

DATED this 23rd day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court